In re Estate of Pleasant I. Ogden, alleged to be insane.   Gen. No. 8,412.

ion filed April 22, 1930.

Lewman & Carter, for appellant. Graham & Dysert, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.